IN THE
UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HUMAN, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs. ) ) Vs. ) ) International Union of Police Associations AFL CIO ) d/b/a National Police and Troopers Association; and ) John and Jane Does 1 through 4 ) International Union of Police Associations, d/b/a ) National Police and Troopers Association ) ) Defendants. ) | No. 4:24-cv-00570-SEP |

**NOTICE OF SETTLEMENT**
_____

Comes now the Plaintiff, Daniel Human, by and through the undersigned counsel and hereby gives notice that the parties have reached a settlement in the above cause. Plaintiff anticipates filing a notice of dismissal with prejudice within the next fourteen (14) days, once the terms are satisfied.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001
Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2024, a true and correct copy of the foregoing was served on all counsel of record via CM-ECF.

/s/ Edwin Butler
Edwin Butler