IN THE
UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HUMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>Vs.<br><br>International Union of Police Associations AFL CIO d/b/a National Police and Troopers Association; and John and Jane Does 1 through 4<br>International Union of Police Associations, d/b/a National Police and Troopers Association<br><br>Defendants. | No. 4:24-cv-00570-SEP |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Comes now the Plaintiff, Daniel Human, by and through the undersigned counsel and hereby gives notice that Plaintiff hereby dismisses the above cause of action against all named parties herein above with prejudice. Each party to bear their owns costs and attorney fees.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001
Attorney for the Plaintiff

1

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that, on August 28, 2024, a true and correct copy of the foregoing was served on all counsel of record via ECF/CM filing and notification system.

<u>/s/ Edwin Butler</u>
Edwin Butler
